UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEBA TAYLOR,<br><br>                    Plaintiff,<br><br>         -against-<br><br>CITY OF NEW YORK, ET AL.,<br><br>                    Defendants. | 25-cv-3448 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 12, 2025, order, the complaint, filed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 15, 2025
         New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge